UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GEORGE VASQUEZ,<br><br>    Plaintiff,<br><br>v.<br><br>AUDREY KING and JACK CARTER,<br><br>    Defendants. | Case No. 1:10-cv-01973-BLW<br><br>**JUDGMENT** |

In accordance with the Order filed on this date, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this case is dismissed with prejudice. Additionally, this case is hereby ordered closed.

DATED: **February 7, 2014**

B. LYNN WINMILL
Chief Judge
United States District Court