UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE VASQUEZ,<br><br>  Plaintiff,<br><br> v.<br><br>EDMUND G. BROWN, *et al.*,<br><br>  Defendants. | Case No. 1:10-cv-01973-DAD-JDP<br><br>ORDER TO SHOW CAUSE |

Plaintiff George Vasquez is a civil detainee held at the Coalinga State Hospital proceeding pro se in this civil rights action brought under 42 U.S.C. § 1983. On September 30, 2018, the assigned U.S. District Judge entered an order granting plaintiff leave to file a Second Amended Complaint within 30 days. ECF No. 66 at 3-4. More than 30 days have passed, and plaintiff has not filed a Second Amended Complaint.

Accordingly, plaintiff George Vasquez is ordered to show cause why this case should not be dismissed for failure to comply with court orders, failure to prosecute, and failure to state a claim upon which relief can be granted. Plaintiff is directed to file a written response within 14 days of this order. Plaintiff may respond to this order by filing a Second Amended Complaint, as previously directed. *See* ECF Nos. 60 at 11-12; 66 at 3-4.

IT IS SO ORDERED.

Dated: November 20, 2018

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1